Civil Action No.    1:24-CV-98-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **PCA Acquisitions V, LLC**
was recieved by me on  **1/26/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **pca acquisition**, who is designated by law to accept service of process on behalf of **PCA Acquisitions V, LLC** at **1002 Justison St, Wilmington, DE 19801** on **01/31/2024 at 3:51 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:   01/31/2024

*Server's signature*

**Christina Song**
*Printed name and title*

**937 grant rd**
**folcroft, PA 19032**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to pca acquisition who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 5'10"-6'0" tall and weighing 180-200 lbs.**





Tracking #: **0123502135**